UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENILEE SUGAY,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 14-cv-03795-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE | Monday, June 1, 2015 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | Private Mediation set 5/1/15 before JAMS Mediator Judge Westerfield |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | only with Court approval |
| NON-EXPERT DISCOVERY CUTOFF: | June 1, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: June 1, 2015<br>Rebuttal: June 15, 2015 |
| EXPERT DISCOVERY CUTOFF: | July 15, 2015 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | September 1, 2015 [filed by 7/28/15] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, December 11, 2015 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | December 21, 2015 |
| PRETRIAL CONFERENCE: | Friday, January 15, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, January 25, 2016 at 8:30 a.m. for 5 days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

1  Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet
2  and confer in advance of the Pretrial Conference. In light of the intervening holiday, the
3  compliance hearing is set for  Friday, December 11, 2015 at 9:01 a.m. is intended to confirm that
4  counsel have timely met and conferred as required by the Pretrial Instructions.  The compliance
5  hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in
6  Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the parties shall
7  file a one-page **Joint Statement** confirming they have complied with this requirement or
8  explaining their failure to comply.  If compliance is complete, the parties need not appear and the
9  compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the
10  parties have submitted a joint statement in a timely fashion.  Failure to do so may result in
11  sanctions.
12         The parties must comply with both the Court's Standing Order in Civil Cases and Standing
13  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
14  Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.
15    **IT IS SO ORDERED.**
16  Dated: December 11, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

2