1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   ELLEN M. BRONCHETTI, Cal. Bar No. 226975
3  ebronchetti@sheppardmullin.com
   DORNA MOINI, Cal. Bar No. 287115
4  dmoini@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4109
   Telephone:    415.434.9100
6  Facsimile:    415.434.3947

7  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
8

9  LAW OFFICES OF RANDAL M. BARNUM
   RANDAL M. BARNUM, Cal. Bar No. 111287
10 LINDSAY R. BATCHA, Cal. Bar No. 264192
   279 East H Street
11 Benicia, California 94510
   Telephone: 707.745.3747
12 Facsimile: 707.745.4580

13 Attorneys for Plaintiff
   JENILEE SUGAY
14

**IT IS SO ORDERED**
*[signature]*
Judge Yvonne Gonzalez Rogers
5/26/15

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| JENILEE SUGAY, | Case No. 4:14-cv-03795 YGR |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL AS TO ENTIRE ACTION PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| v. | |
| WELLS FARGO BANK, N.A.; and DOES 1 through 50, inclusive, | |
| Defendant. | Complaint Filed: July 18, 2014 |

SMRH:437362028.1                                              STIPULATION OF DISMISSAL

TO THE COURT, TO THE PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JENILEE SUGAY ("Plaintiff") and Defendant WELLS FARGO BANK, N.A. ("Defendant"), by and through their respective counsel of record, hereby stipulate to dismiss this action in its entirety, with prejudice. Plaintiff and Defendant jointly declare the following:

WHEREAS, the above-captioned action (hereinafter the "Action") was commenced on July 18, 2014;

WHEREAS, Plaintiff and Defendant have entered into an agreement to resolve their dispute and to dismiss the Action in its entirety, with prejudice;

IT IS HEREBY STIPULATED and agreed upon by Plaintiff and Defendant, through their respective counsel of record, that Plaintiff's claims against Defendant are dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and, that each party will bear its own attorney's fees and costs.

Dated: May 21, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
ELLEN M. BRONCHETTI

Attorneys for Defendant
WELLS FARGO BANK, N.A

Dated: May 13, 2015

THE LAW OFFICES OF RANDAL M. BARNUM

By _____
RANDAL M. BARNUM
LINDSEY BATCHA

Attorneys for Plaintiff
JENILEE SUGAY

-1-

SMRH:437362028.1                                       STIPULATION OF DISMISSAL